# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    1:25-cr-84 |
| v. | ) |
| | )    Judge Atchley/Steger |
| THOMAS ELLIOTT, | ) |
| also known as "Thomas Freeman," | ) |
| also known as "Thomas Treanta Elliott" | ) |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about July 2, 2025, in the Eastern District of Tennessee, the defendant, THOMAS ELLIOTT, also known as "Thomas Freeman," also known as "Thomas Treanta Elliott," did knowingly escape from the custody of the Salvation Army Regional Rehabilitation Center, located in Chattanooga, Tennessee, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment of conviction by the United States District Court for the Eastern District of Tennessee in Case Number 1:18-cr-77, in violation of Title 18, United States Code, Section 751.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

Francis M. Hamilton III
United States Attorney

By: _____
Tammy O. Combs
Assistant U.S. Attorney